# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 14-19927-JKF

        JOEL WAYNE HUDNELL

        414 W. 21ST STREET

        CHESTER, PA 19013

                Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

        JOEL WAYNE HUDNELL

        414 W. 21ST STREET

        CHESTER, PA 19013

Counsel for debtor(s), by electronic notice only.

        MICHAEL A LATZES ESQUIRE
        1528 WALNUT STREET
        STE 700
        PHILA, PA 19102

                              /S/ William C. Miller

Date: 8/23/2016                   _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee