# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 14-19927-AMC

        JOEL WAYNE HUDNELL

        414 W. 21ST STREET

        CHESTER, PA 19013

                Debtor

## CERTIFICATE OF SERVICE

        **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

        JOEL WAYNE HUDNELL

        414 W. 21ST STREET

        CHESTER, PA 19013


Counsel for debtor(s), by electronic notice only.

        MICHAEL A LATZES ESQUIRE
        1528 WALNUT STREET
        STE 700
        PHILA, PA 19102-

                                        /S/ William C. Miller
                                        _____
Date: 12/28/2017

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee