# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-19927-AMC

JOEL WAYNE HUDNELL

414 W. 21ST STREET

CHESTER, PA 19013

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOEL WAYNE HUDNELL

414 W. 21ST STREET

CHESTER, PA 19013

Counsel for debtor(s), by electronic notice only.

MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Date: 10/4/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee