United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 14-19927-amc
Joel Wayne Hudnell                                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 1              Date Rcvd: Apr 01, 2019
                              Form ID: pdf900          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
```
db             +Joel Wayne Hudnell,   414 W. 21st Street,   Chester, PA 19013-4920
13545690       +U.S. BANK NATIONAL ASSOC.,,    AS TRUSTEE FOR PHFA,   211 North Front St.,
                 Attn:  Bankruptcy Dept.,    Harrisburg, PA 17101-1406
13545692        U.S. BANK NATIONAL ASSOC.,,    AS TRUSTEE FOR PHFA,   211 North Street,
                 Attn:  Bankruptcy Dept.,    Harrisburg, PA  17101
13545695       +U.S. BANK NATIONAL ASSOC., AS TRUSTEE FOR PHFA,    211 North Front Street,   P.O. BOX 15057,
                 Attn:  Bankruptcy Dept.,    Harrisburg, PA 17105-5057
13545723       +U.S. BANK NATIONAL ASSOCIATION,    211 North Front,   P.O. BOX 15057,   Attn:  Bankruptcy Dept.,
                 Harrisburg, PA 17105-5057
13545685       +U.S. BANK NATIONAL ASSOCIATION,   AS TRUSTEE FOR PHFA,    211 North Front St., P.O. BOX 15057,
                 Harrisburg, PA 17101-1406
13545688       +U.S. BANK NATIONAL ASSOCIATION,,   AS TRUSTEE FOR PHFA,    211 NORTH FRONT STREET,
                 ATTN:  BANKRUPTCY DEPT.,    Harrisburg, PA 17101-1406
13545686       +U.S. BANK NATIONAL ASSOCIATION,,   AS TRUSTEE,    211 North Front St., P.O. BOX 15057,
                 Attn:  Bankruptcy Dept.,    Harrisburg, PA 17101-1406
13545682       +U.S. BANK NATIONAL ASSOCIATION,,   AS TRUSTEE FOR PHFA,    211 North Front St., P.O. BOX 15057,
                 Attn:  Bankruptcy Dept.,    Harrisburg, PA 17101-1406
13545809       +US BANK NATIONAL ASSOCIATION,    TRUSTEE FOR PA HOUSING FINANCE AGENCY,    211 North Front Street,
                 Harrisburg, PA 17101-1406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 02 2019 03:12:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 02 2019 03:12:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 02 2019 03:12:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13482882        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 02 2019 03:12:39     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
                                                                                              TOTAL: 4
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13545689*      +U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PHFA,    211 North Front Street,
                 Attn:  Bankruptcy Dept.,    Harrisburg, PA 17101-1406
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL A. LATZES    on behalf of Debtor Joel Wayne Hudnell efiling@mlatzes-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL WAYNE HUDNELL | Chapter 13 |
| Debtor | Bankruptcy No. 14-19927-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

3/27/2019

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Debtor:
JOEL WAYNE HUDNELL

414 W. 21ST STREET

CHESTER, PA 19013